*Further appellate review denied:*

ADOPTION OF TYLER (and a companion case). Reported below: 39 Mass. App. Ct. 1117 (1995).

COMMONWEALTH vs. LEO BREADMORE, SR. Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH vs. JOSEPH T. NETTO. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH vs. DONALD PERKINS. Reported below: 39 Mass. App. Ct. 577 (1995).

COMMONWEALTH vs. SEAN TOMPKINS. Reported below: 39 Mass. App. Ct. 1119 (1995).

KIRKLAND CONTSTRUCTION COMPANY vs. KIRK A. JAMES & others. Reported below: 39 Mass. App. Ct. 559 (1995).

POPPONSESET BEACH ASSOCIATION, INC. vs. C. THOMAS MARCHILLO & another. Reported below: 39 Mass. App. Ct. 586 (1996).

STANLEY W. STEFANICK & others vs. PLANNING BOARD OF UXBRIDGE & others. Reported below: 39 Mass. App. Ct. 418 (1995).

VICTOR THOMAS, administrator, vs. MASSACHUSETTS BAY TRANSPORTATION AUTHORITY & another. Reported below: 39 Mass. App. Ct. 537 (1995).

BARRY E. WEISE vs. COURIER CORPORATION & others. Reported below: 39 Mass. App. Ct. 1120 (1995).

March 25, 1996

*Further appellate review denied:*

ADOPTION OF KIRSTEN (and two companion cases). Reported below: 39 Mass. App. Ct. 1119 (1995).

EILEEN BAKER & another vs. BOSTON BOARD OF APPEAL & others. Reported below: 40 Mass. App. Ct. 1102 (1996).

NANCY BARRY vs. RITA MANDOSA. Reported below: 40 Mass. App. Ct. 1103 (1996).

BOSTON FEDERAL SAVINGS BANK vs. THOMAS R. TRAFTON. Reported below: 40 Mass. App. Ct. 1102 (1996).

ARLENE M. BROWN & another vs. BOARD OF ASSESSORS OF CHICOPEE. Reported below: 40 Mass. App. Ct. 1101 (1996).

CALIFORNIA PLANT PROTECTION, INC. vs. ZAYRE CORPORATION & others. Reported below: 39 Mass. App. Ct. 627 (1996). MR. CHIEF JUSTICE LIACOS did not participate.

A. CHARLES CARANCI, JR. vs. ZONING BOARD OF APPEALS OF PLYMOUTH. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH vs. STEPHEN ANDREWS. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. ANTHONY BOUTWELL (and a companion case). Reported below: 39 Mass. App. Ct. 1121 (1996).

COMMONWEALTH vs. TIMOTHY CARRINGTON. Reported below: 40 Mass. App. Ct. 1104 (1996).

COMMONWEALTH vs. DELIO CASTRO. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. SHANE L. DENNIS. Reported below: 40 Mass. App. Ct. 1102 (1996).

COMMONWEALTH vs. GEORGE FEELEY. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. PAUL J. FIDLER, JR. Reported below: 38 Mass. App. Ct. 1131 (1995).

COMMONWEALTH vs. JUAN FLORES. Reported below: 40 Mass. App. Ct. 1103 (1996).

COMMONWEALTH vs. JEFFREY HARVEY. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH vs. BERNARDO HURTADO. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. JOSEPH KENNEY. Reported below: 40 Mass. App. Ct. 1101 (1996).

COMMONWEALTH vs. EMILIO MARTINEZ. Reported below: 40 Mass. App. Ct. 1102 (1996).

COMMONWEALTH vs. KHAMBOR PHOUTHONGSENG (and a companion case). Reported below: 38 Mass. App. Ct. 100 (1995).

COMMONWEALTH vs. MICHAEL J. PINA. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH vs. FELIX L. D. RIVERA. Reported below: 39 Mass. App. Ct. 1123 (1996).

COMMONWEALTH vs. WILLIAM J. SCHUMANN. Reported below: 39 Mass. App. Ct. 1122 (1996).

COMMONWEALTH vs. LAWRENCE SEQUEIRA, THIRD. Reported below: 40 Mass. App. Ct. 1106 (1996).

JOANNE H. GRAVES & others vs. EBEN HUTCHINSON, JR. Reported below: 39 Mass. App. Ct. 634 (1996).

GREAT NORTHERN INDUSTRIES, INC., & another vs. CONTINENTAL CASUALTY COMPANY. Reported below: 40 Mass. App. Ct. 1102 (1996).

GREATER BOSTON BANK vs. COLONIAL DEVELOPMENT CORP. Reported below: 39 Mass. App. Ct. 1122 (1996).

THOMAS HASTINGS, individually and as trustee, & another vs. ZONING BOARD OF APPEALS OF SCITUATE. Reported below: 40 Mass. App. Ct. 1104 (1996).

WILLIAM LANGTON vs. DEPARTMENT OF CORRECTION. Reported below: 40 Mass. App. Ct. 1102 (1996).

GAETANO LOMBARDO vs. NANCY E. LOMBARDO. Reported below: 40 Mass. App. Ct. 1101 (1996).

FRANK MINASIAN vs. CITY OF SOMERVILLE. Reported below: 40 Mass. App. Ct. 25 (1996).

MAURICE ROSE & another vs. JOHN LUONGO & another. Reported below: 40 Mass. App. Ct. 1102 (1996).

JOHN W. WALLER vs. ROBERT WEST & others. Reported below: 40 Mass. App. Ct. 1102 (1996).

JOHN E. WOOD, JR. vs. CIVIL SERVICE COMMISSION & another. Reported below: 39 Mass. App. Ct. 1119 (1995).

ZORA ENTERPRISES INC. vs. DIANE BORETOS. Reported below: 39 Mass. App. Ct. 1121 (1996).

March 26, 1996

*Further appellate review granted:*

COMMONWEALTH vs. EDWARD T. MARTIN. Reported below: 39 Mass. App. Ct. 658 (1996).